UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re:

    ACE HOLDING, LLC                                             Chapter 11
                                                                             Case No. 20-11390-REL
                                      Debtor(s).

---

## STATEMENT OF SUBCHAPTER V TRUSTEE
## IN SUPPORT OF CONFIRMATION OF
## DEBTORS' PLAN OF REORGANIZATION

      Mark J. Schlant, the appointed Chapter 11, Subchapter V Trustee herein, hereby respectfully represents:

      1.      I was appointed to serve as Chapter 11, Subchapter V Trustee herein, and accepted that appointment, on March 11, 2021, in place of Heather Z. Cooper, the Trustee who had served in that role since the filing of the case on November 1, 2020.

      2.      At that time, a proposed plan of reorganization was pending, and the Debtor and creditors, including secured creditor Historic Pastures Homeowners Association ("HPHA") were attempting to negotiate resolutions to opposition to the plan's confirmation. In addition, the Debtor's original counsel was in the process of withdrawing, and the Debtor was retaining new counsel, Peter A. Orville, Esq. of Orville & McDonald Law, PC.

      3.      Since then, I have attended all hearings held by the Court in the case. I have reviewed the petition and schedules, motions and responses thereto filed by the Debtor and creditors, all proofs of claim filed in the case, the Debtor's monthly operating reports, the Debtor's proposed plan of reorganization as filed with the Court at Document #188 on August 17, 2022 (the "Plan"), and limited objections filed as to the Plan by HPHA and the County of Albany. I reviewed and provided comments to the Debtor's counsel as to drafts of the plan of

reorganization prior to the filing of the Plan. I have discussed the case regularly with the Debtor's attorney and counsel for HPHA, including as to terms which might be included in a potential plan of reorganization to obtain HPHA's support for confirmation. I have spoken with the Debtor and its counsel concerning the Plan itself, the confirmation process, and post-confirmation expectations. As a result of the foregoing, I am fully familiar with this case, with the Debtor's business, and with the Plan and issues pertaining to its confirmation.

4. Based on my knowledge of the case as described above, I support confirmation of the Plan.

5. It appears that the Plan contains appropriate and accurate information about the Debtor's business and income, and about the Debtor's proposed reorganization.

6. It appears that the Plan contains appropriate classifications of the Debtor's creditors.

7. It appears that the Debtor has proposed a projected budget relative to future operations that reasonably estimates its future income, and accounts for the expenses that it typically has incurred and expects to incur in the future.

8. Based on the foregoing, it appears that the Debtor is reasonably likely to be able to make the payments which the Plan calls for it to make.

9. The Plan proposes payments to creditors which appear to comply with the requisites for confirmation, on terms which appear appropriate and which appear to be feasible for the Debtor to perform.

10. Through discussions between the parties, I understand that HPHA has agreed to withdraw its objections to confirmation and to support confirmation, on the condition that certain additional language will be inserted in the proposed confirmation order, which the Debtor has

agreed to do, subject to the parties agreeing on the precise language.

11. The County of Albany filed a ballot rejecting the Plan, but based on communication between representatives of the County, counsel for the Debtor, and the undersigned, I understand that the County is willing to vote in favor of confirmation or to withdraw its negative vote if certain additional language is inserted in the proposed confirmation order, and I understand that the Debtor is agreeable in principle to such additional language, as well.

12. I do not believe that any other ballots or objections to confirmation have been filed.

13. Therefore, I believe that the Plan does meet the requirements of 11 U.S.C. §1191(a) and believe that upon completing the arrangements for the support of HPHA and the County of Albany for confirmation, the Plan may be confirmed consensually.

14. Based upon all of the foregoing, I support confirmation of the Plan.

Dated: September 27, 2022
      Buffalo, New York

    /s/ Mark J. Schlant
Mark J. Schlant, Esq.
*Subchapter V Trustee*
Zdarsky, Sawicki & Agostinelli LLP
1600 Main Place Tower
350 Main Street
Buffalo, New York 14202
Telephone: (716) 855-3200